## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ST. MATTHEW'S BAPTIST CHURCH,<br>Plaintiff, | : | Civil Action No. 04-4540 (FLW) |
|  | : | ORDER |
| v. | : |  |
| WACHOVIA BANK NATIONAL<br>ASSOCIATION f/d/b/a FIRST UNION<br>NATIONAL BANK<br>Defendants | : |  |

      This matter having been opened to the Court by Joseph A. Martin, Counsel for Defendant Wachovia Bank National Association, on a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6); Douglas E. Burry, Esq., Counsel for Plaintiff St. Matthew's Baptist Church, having filed opposition thereto; the Court having considered the moving, opposition, and reply papers pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion filed on this date; and for good cause shown;

      IT IS on this 18th day of May, 2005

      ORDERED that Defendants' Motion to Dismiss is GRANTED as to Counts I, II, III, IV, V, and VII.  Defendant's Motion to Dismiss is GRANTED WITHOUT PREJUDICE as to Count VI.  Plaintiff is given leave to amend the Complaint with regard to the calculations of the termination fee only, and not as to the validity of the imposition of a termination fee, within thirty (30) days.

                                                                            /s/ Freda L. Wolfson
                                                                            The Honorable Freda L. Wolfson
                                                                            United States District Judge